UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

LOUIS G. WECHSLER

CASE NO. 05-19588 BKC-AJC

Debtor.

CHAPTER 7

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **BARBARA L. PHILLIPS, P.A.**, Suite 1139, Ingraham Building, 25 S.E. 2nd Avenue, Miami, Florida 33131, enters its appearance as counsel of record for **Michael Bloom, Esq.**.

**YOU ARE HEREBY REQUESTED** to henceforth furnish undersigned counsel with copies of all pleadings, orders, filings and other pertinent items in the above cause.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail this 1st day of December, 2005 to Michael J. Brooks, Esq., 10 N.W. Le Jeune Road, Suite 620, Miami, FL 33126 and Scott N. Brown, Esq., *Counsel for Trustee*, 25 S.E. 2nd Avenue, Suite 919, Miami, FL 33131.

**DATED** this 1st day of December, 2005.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**BARBARA L. PHILLIPS, P.A.**
*Attorney for Ruth W. Wechsler & Michael Bloom, Esq.*
**Ingraham Building, Suite 1139**
**25 S.E. 2nd Avenue**
**Miami, Florida 33131**
(305) 371-3633

By: *[signature]*
BARBARA L. PHILLIPS
Florida Bar No. 268097